ARMSTRONG, Respondent, v. JOHNSON et al., Appellants.

1. A suit on a promissory note by an assignee against the maker is triable at the first term, although the assignment is denied.

" Appeal from Shelby Circuit Court.

Pratt and McCabe, for appellants.
Dryden, for respondent.

Herndon v. Herndon's Adm'rs.

NAPTON, Judge, delivered the opinion of the court.

There is no point of law saved in this case, except the overruling by the court of the defendant's motion for a continuance. The only ground in this motion was, that the suit was not triable at the first term, it being an action upon a note by the assignee against the makers and the assignment being denied. The judgment is affirmed with ten per cent. damages. The other judges concur.